JUDGE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RENTON SPRINGTREE HOMEOWNERS ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | No. 2:25-cv-02290-LK<br><br>STIPULATED MOTION AND (PROPOSED) ORDER FOR DISMISSAL<br><br>NOTE ON MOTION CALENDAR:<br>February 5, 2026 |

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs.

DATED this 13th day of January, 2026.

By: /s/Brian Buron
Alfred E. Donohue, WSBA No. 32774
Brian Buron, WSBA No. 27206
Wilson Smith Cochran Dickerson
1000 Second Avenue, Suite 2050
Seattle, WA 98164
Phone: 206-623-4100 Fax: 206-623-9273
Email: donohue@wscd.com; buron@wscd.com;
Attorneys for Defendant Allstate Insurance Company

STIPULATED MOTION AND (PROPOSED)
ORDER FOR DISMISSAL
(Cause No. 2:25-cv-02290-LK) – 1

 WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

DATED this 5th day of February, 2026.

By    */s/ Justin D. Sudweeks*
       Sandra M. Roettgering, WSBA No. 63193
       Jerry H. Stein, WSBA No. 27721
       Daniel J. Stein, WSBA No. 48739
       Justin D. Sudweeks, WSBA No. 28755
       Stein, Sudweeks & Stein
       16400 Southcenter Parkway, Suite 410
       Tukwila, WA 98188
       Phone: 206-388-0660
       Fax: 206-286-2660
       Email: jstein@condodefects.com
              dstein@condodefects.com
              justin@condodefects.com
       Attorneys for Plaintiff

IT IS SO ORDERED.

DATED this ___6th___ day of ___February___, 2026.

HONORABLE JUDGE LAUREN KING
UNITED STATES DISTRICT COURT JUDGE

STIPULATED MOTION AND (PROPOSED)
ORDER FOR DISMISSAL
(Cause No. 2:25-cv-02290-LK) – 2



WILSON
SMITH
COCHRAN
DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273